**Motion granted and Order filed August 4, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00404-CV
_____

**DAVID CANALES, JR., INDIVIDUALLY AND AS NEXT FRIEND OF DAVID ADRIAN CANALES; AND ANGIE MARIE CANALES, Appellants**

**V.**

**EDWARD CURTIS VANDENBERG, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71132**

## ORDER

Before the court is the Canales parties' motion to transfer the reporter's record from a prior interlocutory appeal.[1]  We grant the motion.  The clerk of this court is

---

[1] Vandenberg filed a response indicating he does not oppose the motion but that he paid for the entirety of the reporter's records.  The bill of costs in case number 14-17-00542-CV, however, indicates that "ANT" ("David Canales, Jr., both Individually and as Next Friend of David Adrian Canales and Angie Marie Canales") paid $4,234.37 for the reporter's record.  Because the

directed to transfer the original and supplemental reporter's records from case number 14-17-00542-CV and file them in this appeal.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Poissant.

reporter's records were already taxed as a cost of appeal in case number 14-17-00542-CV, we will not tax them as a cost of appeal for a second time in this current appeal.